| | |
|---|---|
| 1 | Michael Schonbuch (Bar No. 150884) |
| 2 | schonbuch@schonbuchhallissy.com |
|   | Lilah N. Cook (Bar No. 350775) |
| 3 | cook@schonbuchhallissy.com |
| 4 | SCHONBUCH HALLISSY LLP |
|   | 11999 San Vicente Boulevard, Suite 300 |
| 5 | Los Angeles, CA 90049 |
| 6 | Tel.: (310) 556-7900 |
| 7 | *Attorneys for Defendants Sean Combs;* |
|   | *Daddy's House Recordings, Inc.; CeOpco, LLC* |
| 8 | *d/b/a Combs Global f/k/a Combs Enterprises LLC;* |
|   | *Bad Boy Entertainment Holdings, Inc.;* |
| 9 | *Bad Boy Productions Holdings, Inc.;* |
| 10 | *Bad Boy Books Holdings, Inc.; Bad Boy* |
|   | *Entertainment LLC;* and *Bad Boy Productions, LLC* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEIANA RIPLEY, | Case No. 2:26-cv-00317-SVW-AGR |
| Plaintiff, | **NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| SEAN COMBS; DADDY'S HOUSE RECORDINGS, INC.; CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; BAD BOY PRODUCTIONS HOLDINGS, INC.; BAD BOY BOOKS HOLDINGS, INC.; BAD BOY ENTERTAINMENT LLC; BAD BOY PRODUCTIONS, LLC; ORGANIZATIONAL DOES 1-10; and INDIVIDUAL DOES 1-10, | Hearing Date: April 6, 2026
Time: 1:30 p.m.
Judge: Hon. Stephen V. Wilson
Courtroom: 10A |
| Defendants. | |

PLEASE TAKE NOTICE that on April 6, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen V. Wilson, United States District Judge, in the above-entitled Court, located at Courtroom 10A, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendants Sean Combs, Bad Boy Books Holdings, Inc., Bad Boy Entertainment Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions Holdings, Inc., Bad Boy Productions, LLC, CeOpco, LLC (f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Daddy's House Recordings, Inc. ("Defendants"), will, and hereby do, move this Court for an order dismissing Plaintiff Leiana Ripley's First Amended Complaint (Dkt. No. 22 ("FAC")) based on the following grounds:

1. Failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6);
2. Failure to comply with the pleading requirements of Fed. R. Civ. P. 8(a)(2), including through improper group pleading and failure to provide a short and plain statement giving each Defendant fair notice of the claims and the grounds upon which they rest; and
3. Striking of redundant, immaterial, impertinent, and scandalous matter under Fed. R. Civ. P. 12(f), including an order striking paragraphs 1 through 23 of the FAC (and any other such allegations the Court deems appropriate).

The Motion to Dismiss is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Lilah N. Cook, dated March 5, 2026, the pleadings and papers on file in this action, and all other or further material, evidence, or argument as may be presented in connection with the hearing on the Motion to Dismiss, and such other matters as the Court may deem just and proper.

The Motion to Dismiss is made following a "meet and confer" between counsel that took place via Zoom on February 26, 2026.

| | |
|---|---|
| Dated: March 5, 2026 | SCHONBUCH HALLISSY LLP |
| | */s/ Michael Schonbuch* |
| | _____ |
| | Michael Schonbuch |
| | Lilah N. Cook |
| | |
| | *Attorneys for Defendants Sean Combs, Bad Boy Books Holdings, Inc., Bad Boy Entertainment Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions Holdings, Inc., Bad Boy Productions, LLC, CeOpco, LLC (f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Daddy's House Recordings, Inc.* |