# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIANA RIPLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>SEAN COMBS; DADDY'S HOUSE RECORDINGS, INC.; CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; BAD BOY PRODUCTIONS HOLDINGS, INC.; BAD BOY BOOKS HOLDINGS, INC.; BAD BOY ENTERTAINMENT LLC; BAD BOY PRODUCTIONS, LLC; ORGANIZATIONAL DOES 1-10; and INDIVIDUAL DOES 1-10<br><br>          Defendants. | Case No.: 2:26-cv-00317-SVW-AGR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS [DKT. NO. 26]** |

On March 5, 2026, Defendants Sean Combs, Bad Boy Books Holdings, Inc., Bad Boy Entertainment Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions Holdings, Inc., Bad Boy Productions, LLC, CeOpco, LLC (f/k/a Combs Enterprises

LLC and d/b/a Combs Global, and Daddy's House Recordings, Inc. ("Defendants") moved to dismiss Plaintiff Leiana Ripley's First Amended Complaint (Dkt. No. 22) for failure to state a claim upon which relief can be granted.

The Court, having considered Defendants' Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

STEPHEN V. WILSON

United States District Judge